972 A.2d 1154

IN THE MATTER OF HOWARD M. DORIAN,
AN ATTORNEY AT LAW.

June 30, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HOWARD M. DORIAN** of **CLIFFSIDE PARK,** who was admitted to the bar of this State in 1978, and who has been suspended from the practice of law since April 25, 2005, by Orders of this Court filed March 31, 2005, and September 12, 2005, be restored to the practice of law, effective immediately.